1
2
3
4
5
6

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

7
8

| | |
|---|---|
| 9  WADE BUSH, | CASE NO. 1:06-cv-01904-AWI-SMS PC |
| 10            Plaintiff, | ORDER GRANTING PLAINTIFF'S MOTION FOR A THIRTY-DAY EXTENSION OF TIME |
| 11      v. | TO FILE AN AMENDED COMPLAINT |
| 12  JAMES A. YATES, et al., | (Doc. 16) |
| 13            Defendants. | |
| 14  _____/ | |

15      Plaintiff Wade Bush ("plaintiff") is a state prisoner proceeding pro se and in forma pauperis

16  in this civil rights action pursuant to 42 U.S.C. § 1983.  On May 29, 2007, plaintiff filed a motion

17  seeking an extension of time to file an amended complaint in compliance with the court's order of

18  May 3, 2007.

19      Good cause having been shown, plaintiff's motion seeking an extension of time to file an

20  amended complaint is HEREBY GRANTED.

21
22  IT IS SO ORDERED.

23  **Dated:    May 30, 2007**                    _____/s/ Sandra M. Snyder_____
                                                    UNITED STATES MAGISTRATE JUDGE
24
25
26
27
28