IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WADE BUSH, | 1:06-cv-01904 AWI-SMS (PC) |
| Plaintiff, | ORDER GRANTING MOTION TO EXTEND TIME TO FILE SECOND AMENDED COMPLAINT |
| vs. | |
| JAMES A. YATES, et al., | (DOCUMENT #26) |
| Defendants. | THIRTY DAY DEADLINE |

Plaintiff is a prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983. On January 22, 2008, plaintiff filed a motion to extend time to file the second amended complaint. Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

Plaintiff is granted thirty (30) days from the date of service of this order in which to file the second amended complaint.

IT IS SO ORDERED.

**Dated: February 6, 2008**         /s/ Sandra M. Snyder
                                    UNITED STATES MAGISTRATE JUDGE