IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WADE BUSH, | 1:06-cv-01904-AWI-SMS (PC) |
| Plaintiff, | ORDER GRANTING EXTENSION OF TIME TO FILE SECOND AMENDED COMPLAINT |
| vs. | |
| JAMES A. YATES, et al., | (DOCUMENT #28) |
| Defendants. | THIRTY DAY DEADLINE |

Plaintiff is a prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983. On March 19, 2008, plaintiff filed his second motion to extend time to file the second amended complaint. Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

Plaintiff is granted **thirty (30) days** from the date of service of this order in which to file the second amended complaint.

IT IS SO ORDERED.

**Dated:    April 3, 2008**              /s/ Sandra M. Snyder
                                    UNITED STATES MAGISTRATE JUDGE