1

2

3

4

5

6

7

8          IN THE UNITED STATES DISTRICT COURT FOR THE

9                    EASTERN DISTRICT OF CALIFORNIA

10

11    WADE BUSH,                               1:06-cv-01904-AWI-SMS (PC)

12          Plaintiff,                         ORDER GRANTING FOURTH MOTION
                                               TO EXTEND TIME TO FILE SECOND
13          vs.                                AMENDED COMPLAINT

14    JAMES A. YATES, et al.,                  (DOCUMENT #32)

15          Defendants.                        THIRTY DAY DEADLINE

16    _____/

17          On June 23, 2008, plaintiff filed a fourth motion to extend time to file a second

18    amended complaint.  Plaintiff's motion shall be granted.  Plaintiff is reminded that pursuant to

19    the Court's screening order filed on December 13, 2007, his second amended complaint may

20    not exceed twenty pages and must comply with Federal Rule of Civil Procedure 8(a).

21          Good cause having been presented to the court and GOOD CAUSE APPEARING

22    THEREFOR, IT IS HEREBY ORDERED that:

23          Plaintiff is granted **thirty (30) days** from the date of service of this order in which to

24    file a second amended complaint.

25

26    IT IS SO ORDERED.

27    **Dated:    June 25, 2008**              _____/s/ Sandra M. Snyder_____
                                               UNITED STATES MAGISTRATE JUDGE
28