# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WADE BUSH, | CASE NO. 1:06-cv-01904-AWI-SMS PC |
| Plaintiff, | ORDER REQUIRING PLAINTIFF TO SHOW CAUSE WHY ACTION SHOULD NOT BE DISMISSED FOR FAILURE TO OBEY A COURT ORDER |
| v. | |
| JAMES A. YATES, et al., | (Doc. 38) |
| Defendants. | THIRTY-DAY DEADLINE |

    This is a civil rights action filed pursuant to 42 U.S.C. § 1983 by Plaintiff Wade Bush, a state prisoner proceeding pro se and in forma pauperis. On April 10, 2009, the Court issued an order authorizing service of Plaintiff's second amended complaint, and requiring Plaintiff to fill out and return the enclosed summonses and USM-285 forms, within thirty days. More than thirty days have passed, and Plaintiff has not complied with or otherwise responded to the Court's order.

    Accordingly, it is HEREBY ORDERED that:

1. Within **thirty (30) days** from the date of service of this order, Plaintiff shall show cause why this action should not be dismissed for failure to obey the Court's order; and

2. <u>The failure to respond to this order will result in dismissal of this action for failure to prosecute</u>.

IT IS SO ORDERED.

Dated:   July 2, 2009                      /s/ Sandra M. Snyder
                                                  UNITED STATES MAGISTRATE JUDGE