# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WADE BUSH,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>JAMES A. YATES, et al.,<br><br>　　　　　Defendants.<br>_____/ | CASE NO. 1:06-cv-01904-AWI-SMS PC<br><br>ORDER DISCHARGING ORDER TO SHOW CAUSE<br><br>(Doc. 39)<br><br>ORDER DIRECTING CLERK'S OFFICE TO RE-ISSUE TWELVE SUMMONSES AND TWELVE USM-285 FORMS TO PLAINTIFF<br><br>(Docs. 40)<br><br>THIRTY-DAY DEADLINE |

　　　On April 10, 2009, the Court issued an order finding service of Plaintiff's second amended complaint appropriate, and requiring Plaintiff to complete and return the twelve summonses and twelve USM-285 forms within thirty days. Plaintiff failed to return the forms or otherwise respond to the Court's order, and on July 2, 2009, the Court ordered Plaintiff to show cause why this action should not be dismissed for failure to obey a court order. In his response filed on July 13, 2009, Plaintiff stated that although he received the Court's order, he did not receive the forms.

　　　Accordingly, the order to show cause is HEREBY DISCHARGED, and the Clerk's Office SHALL re-issue twelve summonses and twelve USM-285 forms to Plaintiff. Plaintiff SHALL complete and return the forms within **thirty (30) days** from the date of service of this order.

IT IS SO ORDERED.

Dated:　　July 15, 2009　　　　　　　　　/s/ Sandra M. Snyder
　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE