# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WADE BUSH,<br><br>        Plaintiff,<br><br>    v.<br><br>JAMES A. YATES, et al.,<br><br>        Defendants.<br>_____/ | CASE NO. 1:06-cv-01904-AWI-SMS PC<br><br>ORDER GRANTING MOTION FOR A COPY OF SECOND AMENDED COMPLAINT, AND DENYING MOTION FOR EXTRA SUMMONS AND USM-285 FORM<br><br>(Doc. 44)<br><br>THIRTY-DAY DEADLINE |

On September 10, 2009, Plaintiff filed a motion seeking a copy of his second amended complaint so that he can comply with the Court's orders requiring submission of the service documents and complaint copies. Plaintiff also seeks a thirteenth summons and USM-285 form, contending that the Court erred in provided him only twelve summonses and twelve USM-285 forms.

Plaintiff voluntarily dismissed the thirteenth defendant, Merritt, from this action and as a result, was correctly issued twelve summonses and twelve USM-285 forms. (Doc. 36, Plaintiff's Notice to Proceed, 2:2-11; Doc. 37, Order, 2:4-7.)

Accordingly, it is HEREBY ORDERED that:

1. Plaintiff's motion for a copy of the second amended complaint is GRANTED, and the Clerk's Office shall send him a copy with this order;

2. Plaintiff's motion for the issuance of a thirteenth summons and USM-285 form is DENIED; and

3. Within **thirty (30) days** from the date of service of this order, Plaintiff shall submit the completed service documents and requisite copies of the second amended complaint.

IT IS SO ORDERED.

**Dated:   September 24, 2009**             /s/ Sandra M. Snyder
                                                              UNITED STATES MAGISTRATE JUDGE