# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WADE BUSH,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>YATES, et al.,<br><br>　　　　Defendants.<br>_____ / | CASE NO. 1:06-cv-01904-AWI-SMS  PC<br><br>ORDER EXTENDING APPLICATION OF DISCOVERY AND SCHEDULING ORDER TO DEFENDANT ORTIZ<br><br>(Docs. 67 and 68)<br><br>Unenumerated Rule 12(b) Motion<br>Deadline　　　　　　　　　- 07/03/2010<br>Deadline to Amend Pleadings　- 11/03/2010<br>Discovery Cut-Off Date　　　- 01/03/2011<br>Dispositive Motion Deadline　- 03/14/2011 |

　　　Defendant Ortiz filed a notice of joinder in answer to Plaintiff's second amended complaint on May 20, 2010. Accordingly, application of the discovery and scheduling order filed on May 3, 2010, is extended to Defendant Ortiz.

IT IS SO ORDERED.

**Dated:   May 25, 2010**　　　　　　　　  /s/ Sandra M. Snyder
　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1