# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WADE BUSH,<br><br>          Plaintiff,<br><br>     v.<br><br>JAMES A. YATES, et al.,<br><br>          Defendants.<br>_____/ | CASE NO. 1:06-cv-01904-AWI-SMS PC<br><br>ORDER PROVIDING DEFENDANTS THE OPPORTUNITY TO FILE AN OBJECTION, IF ANY, TO THE DISMISSAL OF THIS ACTION WITHOUT PREJUDICE<br><br>(Doc. 73)<br><br>FIFTEEN-DAY DEADLINE |

   Plaintiff Wade Bush, a state prisoner proceeding pro se and in forma pauperis, filed this civil rights action pursuant to 42 U.S.C. § 1983 on December 29, 2006. Defendants answered the second amended complaint and a scheduling order is in effect.

   On July 6, 2010, Plaintiff filed a motion requesting dismissal of this action, without prejudice. Fed. R. Civ. P. 41(a)(2).

   Defendants have **fifteen (15) days** from the date of service of this order within which to file an objection, if any, to the dismissal of this action without prejudice. Id.

IT IS SO ORDERED.

**Dated:**   July 8, 2010                        /s/ Sandra M. Snyder
                                              UNITED STATES MAGISTRATE JUDGE

1