**UNITED STATES DISTRICT COURT**

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WADE BUSH, | CASE NO. 1:06-cv-01904-AWI-SMS PC |
| Plaintiff, | ORDER DISMISSING ACTION, WITHOUT PREJUDICE, PURSUANT TO FED. R. CIV. P. 41(A)(2) |
| v. | |
| JAMES A. YATES, et al., | (Docs. 73 and 75) |
| Defendants. | |

Plaintiff Wade Bush, a state prisoner proceeding pro se and in forma pauperis, filed this civil rights action pursuant to 42 U.S.C. § 1983 on December 29, 2006.   On July 6, 2010, Plaintiff filed a motion requesting dismissal of this action, without prejudice. Fed. R. Civ. P. 41(a)(2). Defendants filed a statement of non-opposition on July 12, 2010.

Accordingly, this action is HEREBY DISMISSED, without prejudice, pursuant to Rule 41(a)(2).

IT IS SO ORDERED.

Dated:   July 14, 2010

CHIEF UNITED STATES DISTRICT JUDGE

1